UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


DAVID ANDREW CHURCH,

        Petitioner,         Case No. 1:09-cv-883

v.         Honorable Paul L. Maloney

BLAINE LAFLER,

        Respondent.
_____/

## **ORDER**

In accordance with the Opinion entered this day:

IT IS ORDERED that Petitioner must show cause within thirty days why he is entitled to a stay of these proceedings. If Petitioner fails to meet the requirements for a stay or fails to timely comply with the Court's order, his action may be dismissed without prejudice.


Dated:   November 12, 2009         /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                Chief United States District Judge