UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID ANDREW CHURCH,

        Petitioner,        Case No. 1:09-cv-883

v.

                              Honorable Paul L. Maloney

BLAINE LAFLER,

        Respondent.
_____/

## JUDGMENT

For the reasons set forth in the Order issued on this date:

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.

Dated:   February 6, 2013                  /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                Chief United States District Judge